UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. **09-CV-61141-Lenard-Garber**

FRANK MANFRED, II,

    Plaintiff,

v.

BORACK & ASSOCIATES, P.A.,

    Defendant.

_____/

FILED by _VT_ D.C.
ELECTRONIC

**July 28, 2009**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337 and 15 U.S.C. §1692k. Venue in this District is proper because has a law office in this District.

## PARTIES

3.    Plaintiff, FRANK MANFRED, II, is a natural person and citizen of the State of Florida previously residing in Broward County, Florida and now residing in Liberty County, Florida.

4.   Defendant, BORACK & ASSOCIATES, P.A., is a dissolved corporation and citizen of the State of Florida with offices in Broward County, Florida.

5.   Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.   Defendant  regularly collects or attempts to collect debts for other parties.  It is a "debt collector" as defined in the FDCPA.

7.   Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

8.   Defendant sought to collect an alleged debt arising from transactions incurred for personal, family or household purposes.

9.   On July 28, 2008, Defendant sent Plaintiff a letter attached as Exhibit "A".  Plaintiff received it shortly thereafter.

10.   Defendant's letter is believed to be the first written communication Defendant sent to Plaintiff regarding the debt alleged therein.

11.   Defendant's letter is the first written communication Plaintiff received from Defendant regarding the debt alleged therein.

2

12.     Defendant's letter notifies Plaintiff that he must dispute the alleged debt in *writing* within 30 days of his receipt thereof or Defendant will assume the alleged debt is valid.

13.     Under 15 U.S.C §1692g(a)(3), Plaintiff is not required to notify Defendant in writing to avoid the assumption that the alleged debt is valid. He may notify Defendant telephonically or by any means he chooses.

14.     15 U.S.C §1692g(a) requires Defendant to accurately notify Plaintiff of his right to dispute the debt, with no requirement that the dispute be written, in order to avoid the assumption that the alleged debt is valid.

15.     Defendant was aware of the notice requirement and knowingly failed to inform Plaintiff of his rights in order to reduce or eliminate the number of valid and proper consumer disputes by creating an artificial burden to the advancement of such disputes. The recipient of Defendant's letter would believe he or she must serve a written dispute when a simple telephone call would be sufficient.

16.     The purpose of the FDCPA is, *inter alia*, to insure that debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged. 15 U.S.C. §1692(e).

17.     By engaging in the abusive practices alleged herein, Defendant gained a competitive advantage over other debt collectors who comply with the law.

## COUNT I

3

## FAILURE TO ACCURATELY DISCLOSE PLAINTIFF'S RIGHTS IN VIOLATION OF 15 U.S.C §1692g(a)(3)

18.    Plaintiff incorporates Paragraphs 1 through 17.

19.    Defendant's letter notifies Plaintiff that he must dispute the alleged debt in *writing* within 30 days of his receipt thereof or Defendant will assume the alleged debt is valid in violation of 15 U.S.C §1692g(a)(3).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT II
## FALSE, DECEPTIVE OR MISLEADING STATEMENT IN VIOLATION OF 15 U.S.C §1692e

20.    Plaintiff incorporates Paragraphs 1 through 17.

21.    Defendant's letter is false, deceptive or misleading in violation of 15 U.S.C §1692e.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

4

## COUNT III
## ILLEGAL COLLECTION TECHNIQUES IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

22. Plaintiff incorporates Paragraphs 1 through 17.

23. Defendant asserted the right to collect a debt by knowingly failing to accurately inform Plaintiff of his right to dispute the alleged debt in violation of Fla. Stat. §559.72(9).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

    b.     Attorney's fees, litigation expenses and costs of suit; and

    c.     Such other or further relief as the Court deems proper.

## COUNT IV
## HARASSMENT IN VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT

24. Plaintiff incorporates Paragraphs 1 through 17.

25. By providing Plaintiff with a false, deceptive and misleading statement of his right to dispute the debt, Defendant willfully engaged in conduct the natural consequence of which is to harass in violation of Fla. Stat. §559.72(7).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.     Damages;

5

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

**COUNT V**
**DECLARATORY AND INJUNCTIVE RELIEF**

26.    Plaintiff incorporates Paragraphs 1 through 17.

27.    Pursuant to 28 U.S.C §§2201 and 2202, Plaintiff seeks a declaration that Defendant's practices are in violation of the FCCPA.

28.    The FCCPA provides for equitable relief including injunctive relief. *Berg v. Merchs. Ass'n Collection Div.*, 586 F. Supp. 2d 1336, 1345, (S.D. Fla. 2008).

29.    Plaintiff seeks a permanent injunction prohibiting Defendant from continuing violation of the FCCPA.

WHEREFORE, Plaintiff requests that the Court enter judgment:

    a.    declaring that Defendant's practices violate the FCCPA;

    b.    permanently injoining Defendant from engaging in the violative practices; and

    c.    Such other or further relief as the Court deems proper.

**JURY DEMAND**

Plaintiff demands trial by jury.

Dated this _25_ day of July, 2009.

                      DONALD A. YARBROUGH, ESQ.

6

Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com

By:_____
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

7

# EXHIBIT "A"



# BORACK
## & ASSOCIATES, P.A.
### ATTORNEYS AT LAW

July 28, 2008

FRANK MANFRED
17757 NW COUNTY ROAD 12
BRISTOL FL 32321-4057

Re:  Client: NCO Financial Systems Inc.
     Creditor:  AMERICAN EXPRESS
     Original Account Number:      372551045081009
     Our File Number:             8Y014052
     **Account Representative:**   **121/123 Ext 116**
     Principal Amount Due:   $3,057.79
     Interest to Date:       $.00
     Total Amount Due:            $3,057.79

Dear FRANK MANFRED:

As the attorney for the client listed above, my office has been retained to collect this outstanding balance.

Unless you dispute the validity of this debt, or any portion thereof, in writing, within 30 days of receipt of this notice, then my office will assume that the debt is valid.  If you notify us in writing within the 30-day period, that the debt or any portion thereof, is disputed, we will mail you verification of the debt or a copy of the judgment and the name and address of the original creditor if it is different from the current creditor.

Please be advised that this communication is from a debt collector and any information obtained will be used for the purposes of collecting this debt.

Should you choose to pay this debt, please make your check or money order payable to the above referenced client and mail it to the Borack & Associates, P.A., 2300 Maitland Center Parkway, Suite 200, Maitland, Florida 32751.  Our file number should be included on all checks and correspondence to insure proper handling and credit of your account.

Sincerely,

By: *David E. Borack*
David E. Borack

**2300 Maitland Center Parkway, Suite 200, Maitland, Florida 32751**
**Maitland Office: Tel: (321) 282-4111  Fax: (321) 282-4112**
**Plantation Office: Tel: (954) 644-7299 Fax: (954) 644-7297**

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I(a) PLAINTIFFS**

Frank Manfred, II

**DEFENDANTS**

Borack & Associates, P.A.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES) **BROWARD**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**DONALD A. YARBROUGH, ESQ. POST OFFICE BOX 11842**
**FORT LAUDERDALE, FL 33339, TELEPHONE (954) 537-2000**

ATTORNEYS (IF KNOWN)

0:09 CV 61141 -Lenard- Garber

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

| II.   BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY) | III.   CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Case Only) | | | | | |
|---|---|---|---|---|---|---|
| | | PTF | DEF | | PTF | DEF |
| ☐ 1.  U.S. Government Plaintiff | ☒ 3.  Federal Question (U.S. Government Not a Party) | Citizen of This State ☐ 1 | ☐ 1 | Incorporation and Principal Place of Business in This State | ☐ 1 | ☐ 1 |
| | | Citizen of Another State ☐ 2 | ☐ 2 | Incorporation and Principal Place of Business in Another State | 2 | 2 |
| ☐ 2.  U.S. Government Defendant | ☐ 4.  Diversity (Indicate Citizenship of Parties in Item III) | Citizen or Subject of a Foreign Country ☐ | ☐ | Foreign Nation | ☐ 3 | ☐ 3 |

**IV.  CAUSE OF ACTION**   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

**IVa.   1-2  days estimated (for both sides) to try entire case   15 U.S.C. §1692 et. Seq. Violations of Fair Debt Collection Practices Act**

NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| A CONTRACT | A TORTS | B FORFEITURE PENALTY | A BANKRUPTCY | A OTHER STATUS |
|---|---|---|---|---|
| ☐ 110  Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 States Reapportionment |
| ☐ 120  Marine | ☐ 310 Airplane   ☐ 362 Pers. Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130  Miller Act | ☐ 315 Airplane Product Liability   ☐ 365 Personal Injury-Prod. Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **A PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander   ☐ 368 Asbestos Personal Injury | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Product Liability | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability   **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (excl Veterans) B | ☐ 340 Marine   ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **B SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits B | ☐ 345 Marine Product Liability   ☐ 371 Truth in Lending B | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities   /Commodities /Exchange |
| ☐ 160 Stockholder's Suits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal Property Damage | **A LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability   ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 720 Labor/Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **B PRISONER PETITIONS** | ☐ 730 Labor/Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | **A FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment   ☐ 530 General* | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations   ☐ 535 Death Penalty | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26b USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare   ☐ 540 Mandamus & Other* | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights   ☐ 550 Civil Rights *A or B | | | ☒ 890 Other Statutory Actions* *A or B |
| ☐ 290 All Other Real Property | | | | |

| VI. ORIGIN (PLACE AN X IN ONE BOX ONLY) | | | | | |
|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2  Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 4 Refiled   ☐ 5. Transferred from another district (specify) | ☐ 6. Multidistrict Litigation | ☐ 7. Appeal to District Judge from Magistrate Judgment |

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A   ☐ CLASS ACTION UNDER F.R.C.P.23 | CLASS ACTION No | DEMAND $ N/A | Check YES only if demanded in complaint   JURY DEMAND: | ☒ YES   ☐ NO |
|---|---|---|---|---|---|

VIII. RELATED CASE(S) IF ANY   (See Instructions)   JUDGE _____   DOCKET NUMBER _____

DATE: July 20 2009   SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT   FOR OFFICE USE ONLY: Receipt No. _____   Amount: _____
Date Paid: _____   M/ifp: _____

S/F 1-2
REV. 9/94